

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

February 19, 2020

**MEMO ENDORSED**

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Re: Diaz v. Furniture Row, LLC: Case No. 1:19-cv-07891-KPF

Dear Judge Failla:

We represent defendant Furniture Row, LLC ("Defendant") in the above-referenced matter. We write, jointly on behalf of the parties to respectfully request the Court to stay all deadlines for forty-five (45) days, from February 19, 2020 to April 4, 2020

The requested stay will permit the parties to finalize efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigations. Once finalized the parties shall file a Stipulation of Dismissal with the Court.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc: All counsel of record (by ECF)

```
Application GRANTED.  The initial pretrial conference previously
scheduled for March 18, 2020, is hereby ADJOURNED to April 30,
2020, at 2:30 p.m. in Courtroom 618 of the Thurgood Marshall
Courthouse, 40 Foley Square, New York, NY.
```

SO ORDERED.

Dated: February 19, 2020
New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE